UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST GODFREY LOGAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>DPSS PUBLIC SOCIAL SERVICES; et al.,<br><br>Defendants. | No. 2:24-cv-2743-TLN-SCR<br><br>**ORDER** |

Plaintiff Ernest Godfrey Logan, Jr. ("Plaintiff") proceeds in this matter pro se. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1)(B).

On August 11, 2025, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days (14). (ECF No. 9.) Plaintiff did not file objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007). The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the magistrate judge's

1

analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 11, 2025 (ECF No. 9) are ADOPTED in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close the case.

Date: September 9, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2